454 A.2d 176

Ohls, Appellant v. American International Life
Insurance Co.

Argued November 13, 1980. David M. Moran, for appellant; Joseph S.D. Christof, for appellee.

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

Order affirmed.